UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. FRED GOLDTOOTH                                  Docket Number: 01-cr-00397-WJM-01

**Petition for Issuance of Arrest Warrant Due to Violations of Supervised Release**

COMES NOW, James M. Murphy, probation officer of the court, presenting an official report upon the conduct and attitude of Fred Goldtooth who was placed on supervision by the Honorable Walker D. Miller sitting in the court at Colorado Springs, Colorado, on the 16th day of January, 2003, who fixed the period of supervision at five (5) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall participate in a program of testing and treatment for alcohol abuse, as directed by the probation officer, until he is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

2. The defendant shall participate in an approved program of sex offender evaluation and treatment, which may include polygraph and plethysmograph examinations, as directed by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

**On July 25, 2013, the case was reassigned to the Honorable William J. Martinez.**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here: if lengthy write on separate sheet and attach)

See attachment hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant for violations of supervised release and that the petition and warrant be sealed until the arrest of the defendant. Subsequent to the arrest of the defendant, that the Court consider revocation of supervised release.

ORDER OF THE COURT

| | |
|---|---|
| Considered and ordered this 18th day of October, 2013, and ordered filed under seal and made a part of the record in the above case. | I declare under penalty of perjury that the foregoing is true and correct. |
| | s/ James M. Murphy |
| | James M. Murphy<br>Senior United States Probation Officer |
| s/Philip A. Brimmer<br>Philip A. Brimmer<br>United States District Judge | Place: Colorado Springs, Colorado<br><br>Date: October 18, 2013 |

**ATTACHMENT**

On August 28, 2013, the conditions of supervised release were read and explained to the defendant.  On that date, he acknowledged in writing that the conditions had been read to him, that he fully understood the conditions, and that he was provided with a copy of them.  The term of supervised release commenced on August 15, 2013.

**1.   FAILURE TO NOTIFY PROBATION OFFICER OF CHANGE IN RESIDENCE:**

On or about October 11, 2013, the defendant moved from his residence at 3900 North Nevada, #11, Colorado Springs, Colorado, and failed to notify the probation officer of this change within 10 days prior to moving, which constitutes a Grade C violation of supervised release.

This charge is based on the following facts:

On October 18, 2013, I conducted a routine unannounced home contact on the defendant.  When I knocked on the motel door, a white female answered the door who was not the defendant.  She told me she did not know the defendant and that he had not lived at this address for about a week.  I went to the motel office and spoke to the manager, who informed me that the defendant no longer lived there.  The manager told me that the defendant never returned on or about October 11, 2013, and did not leave a forwarding address. The defendant never reported an address change to the probation office and his whereabouts is unknown.