UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. FRED GOLDTOOTH              Docket Number: 01-cr-00397-WJM-01

### Supplemental Petition on Supervised Release

COMES NOW, James M. Murphy, probation officer of the court, presenting an official report upon the conduct and attitude of Fred Goldtooth who was placed on supervision by the Honorable Walker D. Miller sitting in the court at Denver, Colorado, on the 16th day of January, 2003, who fixed the period of supervision at five (5) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1.    The defendant shall participate in a program of testing and treatment for alcohol abuse, as directed by the probation officer, until he is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

2.    The defendant shall participate in an approved program of sex offender evaluation and treatment, which may include polygraph and plethysmograph examinations, as directed by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

**On July 25, 2013, the case was reassigned to the Honorable William J. Martinez.**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here: if lengthy write on separate sheet and attach)

See attachment hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER that the petition dated October 18, 2013, be supplemented to include an additional violation of supervised release.

ORDER OF THE COURT

Considered and ordered this _13_ day of March, 2014, and ordered filed and made a part of the record in the above case.

_____
William J. Martinez
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ James M. Murphy
_____
James M. Murphy
Senior United States Probation Officer

Place: Colorado Springs, Colorado

Date: March 12, 2014

## ATTACHMENT

On August 28, 2013, the conditions of supervised release were read and explained to the defendant. On that date, he acknowledged in writing that the conditions had been read to him, that he fully understood the conditions, and that he was provided with a copy of them. The term of supervised release commenced on August 15, 2013.

The defendant has committed the additional violation of supervised release.

## 2.    **VIOLATION OF THE LAW:**

On or about December 18, 2013, the defendant entered a plea of guilty to Sex Offender Registration Move/Name Change, in violation of C.R.S. 18-3-412.5(1)(g),(2). This is a Class 6 Felony, punishable by a term of imprisonment exceeding one year, which constitutes a Grade B violation of supervised release.

This charge is based on the following facts:

On October 26, 2013, the defendant was arrested by the Colorado Springs Police Department and charged with Failure to Register as a Sex Offender. This charge was filed in El Paso County District Court under Case Number 2013-CR-4214.

On December 18, 2013, the defendant entered a plea of guilty to the amended charge of Sex Offender Registration Move/Name Change in El Paso County District Court Case Number 2013-CR-4214. The sentencing in this case is scheduled for April 9, 2014, and as part of the plea, the defendant stipulated to a 15 month term of imprisonment followed by a one year term of parole, to run concurrent to his federal cases.