IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy: Deborah Hansen          Date:   May 27, 2016
Court Reporter:     Gwen Daniel            Probation: Robert Haberman
                                           Time: fifty-seven minutes

_____

Criminal Action No.   01-cr-00397-1-WJM        *Counsel:*
                      05-cr-00346-3-WJM

UNITED STATES OF AMERICA,                     David Tonini

    Plaintiff,

v.

FRED GOLDTOOTH,                                Robert Pepin

    Defendant.

_____

**AMENDED COURTROOM MINUTES**
_____

FINAL HEARING - Violations of Supervised Release

10:06 a.m.     Court in Session

Defendant is present and in custody

Oath administered to the defendant.

Defendant understands and ADMITS to Violation Nos. 1 and 2 of supervised release.

Defendant advised of the possible penalties and consequences.

Defendant's constitutional rights explained.

Defendant is advised of his right to a hearing.

1

The Court accepts the defendant's admissions.

Court FINDS defendant violated the conditions of supervised release.

Statement by Mr. Tonini

Statement by Mr. Pepin

Statement by Probation Officer Haberman

Discussion

Defendant waives his right to Allocution

Discussion

The Court FINDS that the defendant violated the conditions of supervised release.

Based on the finding that the defendant has violated the conditions of supervised release as alleged in the probation officer's Petitions, it is

**ORDERED:   That in Case No. 01-cr-00397, the defendant, Fred Goldtooth, shall have his supervised release revoked and he shall be committed to the custody of the Bureau of Prisons to be imprisoned for a term of 18 months.  This term shall run consecutive to the six-month sentence imposed on the defendant by the District Court of El Paso County, Colorado, for a Class 1 misdemeanor; It is further**

**ORDERED:   That in Case No. 05-cr-00346, the defendant shall have his supervised release revoked and he shall be committed to the custody of the Bureau of Prisons to be imprisoned for a term of 12 months; it is further**

**ORDERED:   That the terms of imprisonment in Case No. 01-cr-00397 and Case No. 05-cr-00346 shall run concurrent.**

**ORDERED:   No additional period of supervised release will be imposed in Case No. 05-cr-00346.**

**ORDERED:** **With regard to Case No. 01-cr-00397, upon release from imprisonment the defendant shall be placed on supervised release for a term of 18 months.**

**Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the district to which defendant is released.**

**While on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant shall comply with the standard conditions adopted by this Court.**

**The defendant shall not unlawfully possess and he shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of placement on supervised release and two periodic tests thereafter.**

**The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he resides, works, is a student or was convicted of a qualifying offense.**

**ORDERED:** **Special Conditions of Supervised Release:**

1. **The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**

2. **The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.**

3. **The defendant shall remain medication-compliant and shall**

        **take all medications that are prescribed by his treating healthcare provider. The defendant shall cooperate with random blood tests as requested by his treating healthcare provider and/or the supervising probation officer to ensure that a therapeutic level of his prescribed medications are maintained.**

**4.    The defendant shall participate in and successfully complete an approved program of sex offender evaluation and treatment, which may include polygraph, plethysmograph and Abel examinations, as directed by the probation officer. The defendant will be required to pay the cost of these evaluations and treatment. The defendant shall comply with the rules and restrictions specified by the treatment agency. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.**

The defendant is advised of his right to appeal the sentence imposed and in very limited circumstances his conviction by admission of the violations charged in the supervised release petitions.

**ORDERED:  Defendant is REMANDED to the custody of the U.S. Marshal.**

11:03 a.m.    Court in Recess
                Hearing concluded